## CHAPTER 11 QUARTERLY FEES

Debtors in chapter 11 cases must pay a quarterly fee under 28 U.S.C. § 1930(a)(6) to the United States Trustee Program for each calendar quarter, or portion thereof, between the date a bankruptcy petition is filed and the date the court enters a final decree closing the case, dismisses the case, or converts the case to another chapter in bankruptcy.

**Quarterly Fee Calculation**

The quarterly fee is calculated by totaling the debtor's reported disbursements for the three-month calendar quarter, or portion thereof, according to the fee schedules shown below. The quarterly fee amount will be estimated if disbursements for all of the months of a calendar quarter that the case is open have not been reported to the United States Trustee. The estimated fee is based on: a) the debtor's reported disbursement history, b) the debtor's initial financial data submitted when the case was filed, or c) the United States Trustee's estimate. If the debtor calculates the fee to be less than the estimated quarterly fee noted on the billing statement, the debtor must submit Monthly Operating Reports or actual disbursement reports supporting the debtor's calculation to the bankruptcy court and the United States Trustee office. A minimum fee of $325.00 is due <u>even if the debtor has no disbursements during a calendar quarter</u>. The fee is not prorated.

The Bankruptcy Judgeship Act of 2017, Pub. L. No. 115-72, amended the calculation of chapter 11 quarterly fees effective January 1, 2018. Under this amendment, during each of fiscal years 2018 through 2022, if the balance in the United States Trustee System Fund (Fund) as of September 30 of the most recent full fiscal year is less than $200 million, the quarterly fee payable for a calendar quarter in which disbursements equal or exceed $1 million shall be the lesser of 1 percent of such disbursements or $250,000.

FEE SCHEDULE FOR CALENDAR QUARTERS BEGINNING
JANUARY 1, 2018 THROUGH SEPTEMBER 30, 2020

The balance in the Fund as of September 30, 2017, was less than $15 million. Accordingly, the amended chapter 11 quarterly fee schedule below applies for calendar quarters beginning January 1, 2018 through September 30, 2018.

The balance in the Fund as of September 30, 2018, was less than $45 million. Accordingly, the amended chapter 11 quarterly fee schedule below applies for calendar quarters beginning October 1, 2018 through September 30, 2019.

The balance in the Fund as of September 30, 2019, is projected to be less than $200 million. Accordingly, the amended chapter 11 quarterly fee schedule below is anticipated to apply for the calendar quarters beginning October 1, 2019 through September 30, 2020.

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0 to $14,999.99 | $325.00 |
| $15,000 to $74,999.99 | $650.00 |
| $75,000 to $149,999.99 | $975.00 |
| $150,000 to $224,999.99 | $1,625.00 |
| $225,000 to $299,999.99 | $1,950.00 |
| $300,000 to $999,999.99 | $4,875.00 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

FEE SCHEDULE FOR CALENDAR QUARTERS BEGINNING
JANUARY 1, 2008 THROUGH DECEMBER 31, 2017

**Exhibit No. 1**

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0 to $14,999.99 | $325.00 |
| $15,000 to $74,999.99 | $650.00 |
| $75,000 to $149,999.99 | $975.00 |
| $150,000 to $224,999.99 | $1,625.00 |
| $225,000 to $299,999.99 | $1,950.00 |
| $300,000 to $999,999.99 | $4,875.00 |
| $1,000,000 to $1,999,999.99 | $6,500.00 |
| $2,000,000 to $2,999,999.99 | $9,750.00 |
| $3,000,000 to $4,999,999.99 | $10,400.00 |
| $5,000,000 to $14,999,999.99 | $13,000.00 |
| $15,000,000 to $29,999,999.99 | $20,000.00 |
| $30,000,000 or more | $30,000.00 |

**Fee Due Date**

Quarterly fees are due no later than one month following the end of each calendar quarter. Failure to pay quarterly fees may result in the conversion or dismissal of the case. Payment of that quarter's fees and any past due fees and interest, if applicable, must be made before the effective date of a confirmed plan of reorganization and quarterly fees will continue to accrue until entry of the final decree, or until the case is converted or dismissed. Failure to pay these fees may result in a motion by the United States Trustee to dismiss or convert the case to a chapter 7 case.

**Billing Statement & Mailing Address**

A billing statement from the United States Trustee Program is mailed to the debtor for each calendar quarter before the payment due date. The debtor should send the tear-off portion of the statement and a check for the quarterly fee, made payable to "United States Trustee".

**The address for debtors to use to mail quarterly fee payments is:**

United States Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6200

**The address for debtors to use for overnight delivery is:**

U.S. Bank
Attn Government Lockbox – U.S. Trustee Payment Center 6200-19
17650 N.E. Sandy Blvd
Portland, OR 97230

**The addresses shown above are a lockbox at a bank. Do not use these addresses for service of process, correspondence, or any purpose other than paying quarterly fees. Any other correspondence or documents sent to the lockbox other than the payment form will be destroyed.**

**The debtor is responsible for timely payment of the quarterly fee. Failure to receive a bill from the Executive Office for United States Trustees does not excuse the debtor from timely payment. Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case pursuant to 11 U.S.C. § 1112(b)(4)(K) (for cases filed on or after October 17, 2005) or 11 U.S.C. § 1112(b)(10) (for cases filed before October 17, 2005).**

Was this page helpful?
Yes    No